No. 05–7345.  WILKERSON v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 05–7353.  REYES v. ERCOLE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 05–7356.  PARKER v. WARNER, GOVERNOR OF VIRGINIA, ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 05–7357.  CODY v. SEVERSON, PRESIDING JUDGE, CIRCUIT COURT OF SOUTH DAKOTA, SECOND CIRCUIT.  Sup. Ct. S. D.  Certiorari denied.

No. 05–7358.  ESTWICK v. BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 05–7359.  EARL v. CHANOS, ATTORNEY GENERAL OF NEVADA.  C. A. 9th Cir.  Certiorari denied.

No. 05–7361.  ZABRISKIE v. ACEVEDO ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 05–7362.  COTTRELL v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 05–7368.  DELITALA v. LEWIS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–7369.  BROWN v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 05–7370.  CAMPBELL v. PLILER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–7373.  JASSAN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 05–7374.  WILSON v. OHIO.  Ct. App. Ohio, Montgomery County.  Certiorari denied.

No. 05–7381.  LOZANO v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 05–7387.  MEYERS v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.